UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| MICHAEL TROY MOORE, | Case No. 1:25-cv-00454-KES-HBK |
|---|---|
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | Docs. 12, 16, 17, 19 |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff Michael Troy Moore is proceeding pro se on his complaint challenging the denial of social security benefits.  Doc. 1.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 25, 2025, the assigned magistrate judge issued findings and recommendations to deny plaintiff's motions for summary judgment, deny plaintiff's construed motions for default judgment, and enter a revised briefing schedule.  Doc. 19.  The findings and recommendations contained a notice that any objections were due within fourteen days.  *Id.* at 7–8).  As of the date on this order, plaintiff has not filed any objections and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this

case.  Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on November 25, 2025, Doc. 19, are adopted in full.

2. Plaintiff's motions for summary judgment, Docs. 12, 16, 17, are denied.

3. Plaintiff's construed motions for default judgment, Docs. 12, 16, 17, are denied.

4. Plaintiff shall have **thirty (30) days** from the date of service of this order to file a further motion for summary judgment addressing the merits of plaintiff's complaint (*see* Doc. 19 at 3-4).  Should plaintiff file a motion for summary judgment, defendant shall file the appropriate response or cross-motion no later than **thirty (30) days** after service of plaintiff's motion.  Plaintiff's reply brief, if any, shall be filed no later than **fourteen (14) days** after service of defendant's response.

5. Plaintiff is advised that failure to file a motion for summary judgment within the specified period may result in the dismissal of this action, without prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:    January 15, 2026

_____
UNITED STATES DISTRICT JUDGE

2